Terry Johnston

Official Court Reporter

County Court at Law No. 1

Bell County Justice Center

Belton, Texas  76513

Ph:  (254) 933-5129


January 25, 2015


To:  Court of Appeals

Third District of Texas

P. O. Box 12547

Austin, Texas 78711-2547

Re:  COA Number:  03-14-00035-CV

Trial Court Number:  29,462


To Whom It May Concern:

I am requesting an extension on this Reporter's Record of fifteen days.  The record was finished last year; however, I am having extreme difficulty sending it to you in an acceptable form.  I have tried several times to send it, but could not get it out of single page form, which was not acceptable.

After several tries with your court personnel and services, we have been unable to unscramble the problem.  My system is different from most court reporters, and this seems to be a real headache.  After consultations, it appears I will need to call in The Geek Squad to figure out a solution.

Please be assured that I will do everything that I can to come to a solution and present the Record as soon as possible.


Sincerely,

Terry Johnston

RECEIVED

JAN 2 8 2015

THIRD COURT OF APPEALS
JEFFREY D KYLE

AUSTIN TX 787
RIO GRANDE DISTRICT
26 JAN 2015 PM 3 L

Terry Johnston
Sandy Johnston
P.O. Box 833
Salado, TX 76571

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711 - 2547

78711254747